IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL HAWN, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) Civil Action No. 07-110 | |
| | ) Judge Gary L. Lancaster/ | |
| EDWARD PAVLICK; GEORGE | ) Magistrate Judge Amy Reynolds Hay | |
| MESAROS; MAURICE DAVIS; SUE | ) | |
| KELLY; BARBARA PALLADINO; | ) | |
| MARIANNE SNIDER; DEBRA SAUERS; | ) | |
| PAUL STOWITZKY; BYRON | ) | |
| BROCKLEHURST; JEFFREY BEARD; | ) | |
| ALL PAROLE BOARD MEMBERS AS | ) | |
| FOLLOWS: MR. WEBSTER; MR. | ) | |
| PARKER; LAWRENCE MURRAY; | ) | |
| CATHERINE McVEY; KATHLEEN | ) | |
| ZWIERZYNA, | ) | |
| Defendants | ) | |

**ORDER**

AND NOW, this 5th day of _April_____, 2007, after the Plaintiff,

Michael Hawn, filed an action in the above-captioned case, and after a Report and

Recommendation was filed by the United States Magistrate Judge granting the parties ten days

after being served with a copy to file written objections thereto, and no objections having been

filed, and upon independent review of the record, and upon consideration of the Magistrate

Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint is dismissed pre-service pursuant

to the Prison Litigation Reform Act because Plaintiff's complaint fails to state a claim upon

which relief can be granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

GARY L. LANCASTER
United States District Judge

cc:    Honorable Amy Reynolds Hay
       United States Magistrate Judge

       Michael Hawn
       BU-7266
       SRCF Mercer
       801 Butler Pike
       Mercer, PA 16137